EXHIBIT A



US00D684879S

## (12) United States Design Patent
Hwang

(10) Patent No.: **US D684,879 S**

(45) Date of Patent: ** Jun. 25, 2013

(54) **WRISTBAND**

(71) Applicant: Red Fox Trading, Inc., Los Angeles, CA (US)

(72) Inventor: Khan Hwang, Los Angeles, CA (US)

(\*\*) Term: 14 Years

(21) Appl. No.: 29/436,287

(22) Filed: Nov. 2, 2012

(51) LOC (9) Cl. ................................................ 11-01

(52) U.S. Cl.
USPC ..................................................... D11/3

(58) Field of Classification Search
USPC ............. D11/1–26; 63/15, 15.1–15.4, 15.45, 63/15.5–15.7, 3, 3.1, 3.2, 4, 5.1
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D58,409 | S | \* | 7/1921 | Sturm ............................ D11/5 |
| D317,730 | S | \* | 6/1991 | Mo ............................ 224/183 |
| D608,236 | S | \* | 1/2010 | Akdemir ....................... D11/26 |
| D630,121 | S | \* | 1/2011 | Roysky ......................... D11/3 |
| D645,774 | S | \* | 9/2011 | Chowdhury ................... D11/3 |
| D652,337 | S | \* | 1/2012 | Malik .......................... D11/3 |
| D671,858 | S | \* | 12/2012 | Cobbett et al. ............... D11/3 |
| D674,808 | S | \* | 1/2013 | Axelrod ....................... D11/3 |
| 2009/0160651 | A1 | \* | 6/2009 | Klein .......................... 40/633 |

\* cited by examiner

*Primary Examiner* — Jennifer Rivard
*Assistant Examiner* — Melanie Pellegrini
(74) *Attorney, Agent, or Firm* — DLC Patents, PLLC; Dustin L. Call

(57) **CLAIM**

The ornamental design for a wristband, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a wristband showing my new design;
FIG. 2 is a rear perspective view thereof; and,
FIG. 3 is a top plan view, the bottom plan view being a mirror image thereof.

1 Claim, 3 Drawing Sheets



U.S. Patent        Jun. 25, 2013      Sheet 1 of 3          US D684,879 S



FIG. 1



*FIG. 2*

**U.S. Patent**　　　Jun. 25, 2013　　　Sheet 3 of 3　　　US D684,879 S



FIG. 3

EXHIBIT B



EXHIBIT NO. _B_          PAGE NO, _1_



EXHIBIT NO. _B_         PAGE NO. _2_